937 F.2d 596
 Connell (Robert A.), Smith (Allen), Emge (Benjamin), Newtown
Enterprise Associates, Inc., Shearson Lehman
Hutton, Inc., Smith (Craig A.)
v.
Nasuti (Celeste), Novak (Gail), Kentucky Fried Chicken
Corporation, Burger King Corp., Frey (L. Oliver), Summerwood
Construction Corp., Woodsnam (Richard E.), Keen (Gordon L.,
Jr.), McCausland (Peter), Brick Hotel Associates (2 Cases)
 NO. 91-1053
 United States Court of Appeals,
Third Circuit.
 JUN 20, 1991
 
 Appeal From: E.D.Pa.,
 Fullam, J.
 
 
 1
 AFFIRMED.